DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSIE JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3937

[March 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 09-000593 CF10A.

Jessie Jackson, Florida City, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and MAY, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***